THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JESSICA N. MARSHALL                                                                             PLAINTIFF

v.                                    CIVIL NO. 09-3053

MICHAEL J. ASTRUE, Commissioner
SOCIAL SECURITY ADMINISTRATION                                                      DEFENDANT

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On July 10, 2009, plaintiff submitted a complaint for filing in this district, together with a motion to proceed *in forma pauperis* (IFP). Plaintiff failed to provide a signed affidavit or application detailing her assets and financial means along with her motion.

By Order dated July 23, 2009, this court directed plaintiff to furnish the court with a completed application or pay the filing fee by July 30, 2009. Plaintiff failed to file the requested information with the court or to pay the filing fee.

Based on the above, we recommend plaintiff's case be dismissed. **The parties have ten days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 31st day of July, 2009.

/s/   *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)